**No. 43277.**—Protests 777732–G, etc., of Gimbel Bros., Inc., et al. (Baltimore, etc.).

Opinion by KINCHELOE, J. On the authority of *Lamborn* v. *United States* (27 C. C. P. A. 46, C. A. D. 60) the protests were dismissed.

FEBRUARY 20, 1940

**No. 43278.**—SUIT 4213. ▬▬▬▬▬—*United States* v. *Sears, Roebuck & Co.* Abstract 39947 reversed. C. A. D. 91.

**No. 43279.**—SUIT 4234.▬▬▬▬▬▬▬▬▬
*United States* v. *D. H. Armaghanian.* Abstract 39919 affirmed. C. A. D. 81.

**No. 43280.**—SUIT 4243. ▬▬▬▬—*Hartmann Trunk Co.* v. *United States.* C. D. 80 affirmed. C. A. D. 95.

**No. 43281.**—SUIT 4268.—▬▬▬▬▬—*L. Oppleman, Inc.* v. *United States.* C. D. 156 affirmed. C. A. D. 89.

**No. 43282.**—SUIT 4280.—▬▬▬▬▬—*Wilbur-Ellis Co. et al.* v. *United States.* C. D. 153 and Abstract 41147 reversed. C. A. D. 90.

FEBRUARY 24, 1940

**No. 43283.**—SUIT 4238.—▬▬▬▬▬▬▬—*Union Brokerage Co., Inc.* v. *United States.* Abstract 40421 affirmed. C. A. D. 92.

FEBRUARY 26, 1940

**No. 43284.**—SUIT 4235.—▬▬▬▬▬▬▬—*United States* v. *R. E. Macksoud et al.* Abstract 39981 affirmed. C. A. D. 87.

FEBRUARY 27, 1940

**No. 43285.**—SUIT 4261.—▬▬▬▬▬▬—*United States* v. *C. I. Penn.* C. D. 146 affirmed. C. A. D. 93.